# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-9354-PA (PDx) | Date | February 19, 2025 |
|---|---|---|---|
| Title | Joseph R. Banzon v. Life Insurance Company of North America, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **IN CHAMBERS — COURT ORDER**

On February 6, 2025, the Court issued an order requiring plaintiff Joseph R. Banzon ("Plaintiff") to show cause in writing why defendant Quest Diagnostics Incorporated Short-Term Disability Plan ("Quest STD Plan") should not be dismissed due to Plaintiff's failure to serve this defendant within the time period proscribed by Federal Rule of Civil Procedure 4(m). (Docket No. 22.)  On the same date, the Court also issued an order requiring Plaintiff to show cause in writing why defendant Quest Diagnostics Incorporated ("Quest") should not be dismissed for lack of prosecution due to Quest's failure to respond to the Complaint.  (Docket No. 23.)

The Court has reviewed Plaintiff's Response to the Court's Orders to Show Cause. (Docket No. 28 ("Response").)  With respect to Quest STD Plan, Plaintiff explains that he has been unable to obtain a copy of the STD policy or plan documents and, as a result, does not have any information regarding the proper name of the STD Plan and has been unable to confirm the agent for service of process for Quest STD Plan.  (Id. ¶¶ 3, 6.)  With respect to Quest, Plaintiff confirms that Quest was served on December 18, 2024.  (Id. ¶ 6; see Docket No. 21.)  Plaintiff explains that on February 6, 2025, his counsel spoke with Ms. Leslie S. Kramer, a member of Quest's legal department; Ms. Kramer reportedly confirmed that Quest had record of being served on December 18, 2024, but she did not know why the company had not filed a responsive pleading.  (Response ¶ 8.)  According to Plaintiff's counsel, Ms. Kramer told him that "they" were looking into the matter and would get back to him during the week of February 10, 2025.  (Id. ¶ 10.)  Ms. Kramer also reportedly told Plaintiff's counsel that she would contact the appropriate people at Quest regarding the company being served on the denied STD claim.  (Id. ¶ 9.)  Plaintiff seeks an extension of time until February 28, 2025, to seek entry of default against Quest.  (Id. ¶ 11.)

The Court finds Plaintiff's Response insufficient to discharge either of the Court's Orders to Show Cause.  The Court hereby continues Plaintiff's deadline to the respond to the Orders to Show Cause to **February 28, 2025**.  Failure to file a further response to the Orders to Show

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-9354-PA (PDx) | Date | February 19, 2025 |
|---|---|---|---|
| Title | Joseph R. Banzon v. Life Insurance Company of North America, et al. | | |

Cause may result in the imposition of sanctions, including but not limited to dismissal Plaintiff's claims against Quest STD Plan and/or Quest without prejudice.

   IT IS SO ORDERED.