**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH R. MACATANGAY BANZON,<br><br>             Plaintiff,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; QUEST DIAGNOSTICS INCORPORATED SHORT-TERM DISABILITY PLAN; QUEST DIAGNOSTICS INCORPORATED WELFARE PLAN; QUEST DIAGNOSTICS INCORPORATED; and DOES 1 to 10, Inclusive,<br><br>             Defendants. | Case No. 2:24-cv-09354-PA-PDx<br><br>(Honorable Percy Anderson Ctrm. 9A – First Street Courthouse)<br><br>**ORDER DISMISSIN ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>(Filed concurrently with Stipulation) |

# ORDER

Based upon the stipulation of Plaintiff Joseph R. Macatangay Banzon and Defendant Life Insurance Company of North America and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:24-cv-09354-PA-PDx, is hereby dismissed in its entirety as to all parties with prejudice.  All dates set in this matter are hereby vacated and taken off calendar.

IT IS FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:  May 2, 2025     ,       _____
                                                        Percy Anderson
                                                        United States District Court Judge